1  SO. CAL. EQUAL ACCESS GROUP
2  Jason J. Kim (SBN 190246)
   Jason Yoon (SBN 306137)
3  Kevin Hong (SBN 299040)
   101 S. Western Ave., Second Floor
4  Los Angeles, CA 90004
   Telephone: (213) 252-8008
5  Facsimile:  (213) 252-8009
   cm@SoCalEAG.com
6
   Attorneys for Plaintiff
7  YEONG LEE

8
                   **UNITED STATES DISTRICT COURT**
9
                   **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | YEONG LEE,                          | **Case No.: 8:24-cv-00740-FLA (DFMx)** |
12 |          Plaintiff,                 | **Plaintiff's Notice of Motion and Motion for Default Judgment by Court** |
13 |     vs.                             | Date: August 2, 2024 |
14 |                                     | Time: 1:30 p.m. |
   | SOOHOO ENTERPRISES LLC; and         | Courtroom: 6B |
15 | DOES 1 to 10,                       | Honorable Judge Fernando L. Aenlle-Rocha |
16 |          Defendants.                |  |

    To Defendant SOOHOO ENTERPRISES LLC and the attorneys of record, if any: Please take notice that on August 2, 2024, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff YEONG LEE will present Plaintiff's motion for default judgment against Defendant SOOHOO ENTERPRISES LLC. The Clerk has previously entered the default on said Defendant on May 29, 2024 (Dkt. #16).

    At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant SOOHOO ENTERPRISES LLC is not a minor or incompetent

person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant SOOHOO ENTERPRISES LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $2,960.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 21501 Brookhurst St., Huntington Beach, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant SOOHOO ENTERPRISES LLC on June 28, 2024 by first class United States Mail, postage prepaid.

Dated: June 28, 2024    **SO. CAL. EQUAL ACCESS GROUP**

By:    _/s/ Jason J. Kim_____
Jason J. Kim, Esq.
Attorneys for Plaintiff